Unsealed on 5/6/10

~~SEALED~~                              FILED

2010 MAY -4  AM 10: 36

UNITED STATES DISTRICT COURT CLERK US DIST DIST COURT
SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT OF CALIFORNIA
BY_____ '10 MJ1476

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. _____ |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 18, U.S.C. §2252(a)(2) – Distribution |
| v. | ) | of Images of Minors Engaged in Sexually |
| | ) | Explicit Conduct |
| STEVEN WAYNE BRIDGEMAN, | ) | Title 18, U.S.C. §2252(a)(4)(B) – |
| | ) | Possession of Images of Minors Engaged |
| Defendant. | ) | in Sexually Explicit Conduct |
| | ) | |

The undersigned Complainant, being duly sworn, states:

Count 1

On or about September 11, 2006, within the Southern District of California, defendant STEVEN WAYNE BRIDGEMAN did knowingly distribute visual depictions using any means and facility of interstate and foreign commerce, that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depiction(s) were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

Count 2

On or about June 5, 2009, within the Southern District of California, defendant STEVEN WAYNE BRIDGEMAN did knowingly possess one or more matters, that is, computer hard drive(s) and computer media containing digital and computer images which contained visual depictions, that had been mailed, shipped and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the

#1 ST

1    use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code,

2    Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18,

3    United States Code, Section 2252(a)(4)(B).

4
5
6        And the complainant states that this complaint is based on the attached Statement of Facts

7    incorporated herein by reference.

8
9        Christiana Bess Huntzinger, Special Agent
10   Naval Criminal Investigative Service
11
12

13   Sworn to me and subscribed in my presence this ____ day of May, 2010.

14
15   UNITED STATES MAGISTRATE JUDGE
16
17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

## STATEMENT OF FACTS

1    1.      I am a Special Agent with the Naval Criminal Investigative Service (NCIS), assigned to

2    the San Diego Field Office, and have been in this position for over six years.  I am currently

3    assigned to the Special Operations Division of the NCIS San Diego Field Office and am a full

4    time member of the Internet Crimes Against Children (ICAC) task force in San Diego, CA.   I

5    have received extensive training in conducting Internet investigations regarding the sexual

6    exploitation of minors, child pornography, and the preservation and review of computer related

7    evidence.  As part of my duties with the ICAC, I investigate criminal violations relating to the

8    child exploitation and child pornography including violations pertaining to the illegal production,

9    distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251 and

10   2252(a). Additionally, I have had the opportunity to observe and review numerous examples of

11   child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer

12   media, and I have participated in the execution of numerous search warrants, probation searches,

13   and U.S. Navy Command Authorized searches, which involved child exploitation and/or child

14   pornography offenses.

15   2.      In January 2007, an investigation was initiated by the Federal Bureau of Investigation

16   (FBI) Washington D.C. Field Office Joint Cyber Task Force regarding Timothy GAUT, residing

17   in Hubbard, Ohio. GAUT was arrested after engaging in a sexual act with a six year old female

18   via the Internet. Subsequent to his arrest, GAUT's computer was seized, a search warrant was

19   obtained, and forensic analysis of the computer revealed that GAUT possessed and traded child

20   pornography via America Online (AOL), Yahoo, and Google "Hello". GAUT's Google "Hello"

21   address book of contacts was recovered, and additional forensic evidence was discovered

22   confirming that GAUT traded child pornography with at least three of the Google "Hello"

23   contacts.

24   3.      Administrative subpoenas were submitted to determine the identity of the contacts in

25   GAUT's "Hello" address book, one of whom was identified as Kenneth BAKER Jr., Lubbock,

26   Texas. In July 2007, FBI agents interviewed BAKER, who admitted to chatting in different AOL

27   chat rooms including the incest taboo chat room, and further admitted to trading and sharing

28   child pornographic images and videos with contacts he met via Peer to Peer file sharing

29   programs and via chat rooms on the Internet. A federal search warrant was obtained on August 6,

30   2007 to conduct a search and forensic analysis of computer media seized from BAKER. The

1    forensic analysis of BAKER's computer media revealed numerous images of child pornography

2    that he obtained from several Google "Hello" users including, "**yotevoL23@aol.com**".   An

3    administrative subpoena to AOL subsequently revealed that this screen name/email address

4    corresponded to Steven BRIDGEMAN, 1065 East Lexington Avenue, Apartment #6, El Cajon,

5    CA, 92020. Records queries conducted by the FBI and NCIS revealed that the above address is a

6    former address of BRIDGEMAN, however, his current address is 1949 Hanford Drive, San

7    Diego, CA 92111.  The subpoena results also indicated that BRIDGEMAN's America Online

8    email address was deactivated October 12, 2005. Records queries within the Department of

9    Defense identified BRIDGEMAN as an officer in the United States Navy.

10   4.      In November 2008, NCIS San Diego, CA, received a separate report that BRIDGEMAN

11   was in possession of child pornography via the Internet. The report came from a former Internet

12   associate of BRIDGEMAN's, named Sigfry PERALTA, Sunrise, FL, who indicated that he

13   gained access to BRIDGEMAN's Yahoo email account (**yotevoL23@yahoo.com**) in November

14   2008 without BRIDGEMAN's consent, and located child pornography in BRIDGEMAN's

15   "Sent" items. PERALTA explained that he met BRIDGEMAN via an Internet video game called

16   Final Fantasy XI (FFXI) in May/June 2008. PERALTA stated that BRIDGEMAN created a

17   "linkshell", called "LavitzReborn" which is a group of players who join together to complete

18   quests or missions on FFXI. The linkshell included approximately 30 members, including

19   BRIDGEMAN, PERALTA, and PERALTA's then girlfriend, Anna KOSENKO. According to

20   PERALTA, BRIDGEMAN's user name in LavitzReborn was "**yotevoL**". PERALTA stated that

21   while chatting with "**yotevoL**", he learned that BRIDGEMAN was a Naval Officer. PERALTA

22   stated that registered users of FFXI are allowed to have access to the contact information of other

23   players in the same linkshell, and he saw that BRIDGEMAN's email address was

24   **yotevoL23@yahoo.com**. PERALTA stated that BRIDGEMAN explained his user name/email

25   address by stating that "**yotevoL**" spells "Lovetoy" backwards, and "23" was BRIDGEMAN's

26   age at the time he created his email account.

27   5.      PERALTA stated that from June 2008 to August 2008, he dated KOSSENKO, however,

28   when KOSSENKO broke up with him in August 2008, she indicated that she had been "talking"

29   to BRIDGEMAN via Internet and telephone. PERALTA decided to break in to BRIDGEMAN's

30   Yahoo! email account in order to determine how long BRIDGEMAN and KOSSENKO had been

31   "talking". PERALTA stated he used information he knew about BRIDGEMAN to guess

32   BRIDGEMAN's password and was able to access BRIDGEMAN's email on November 8, 2008.

33

1   6.      PERALTA stated he saw child pornography in BRIDGEMAN's Sent Items, and
2   described one sent email called "vids", which contained a video of a young female,
3   approximately three to four years old, giving oral sex to an adult white male. PERALTA stated
4   that this email was sent to **jeanettebi85@yahoo.de** from BRIDGEMAN's email address.
5   PERALTA stated that he also saw another email entitled, "little girl pics", which contained three
6   images of girls giving oral sex on adult males.

7   7.      In April 2009, an administrative subpoena was served at Yahoo! in order to obtain the
8   registrant information and Internet Protocol (IP) logs for BRIDGEMAN's email account,
9   **yotevoL23@yahoo.com**. Subscriber information pertaining to Yahoo ID: **yotevoL23**, listed the
10  subscriber as Steven BRIDGMEAN, "1949 Hnford Drive", with email address:
11  "**yotevol23@aol.com**". According to the IP logs from Yahoo, this email address was accessed
12  utilizing IP address 70.95.243.168 on April 14, 2009 at 12:39:11 (GMT). This IP address is
13  operated by Roadrunner/Time Warner Cable who identified the Roadrunner subscriber as Steven
14  BRIDGEMAN, residing at 1949 Hanford Drive, San Diego, CA.

15  8.      Based on the above information, on May 28, 2009, your affiant secured a federal search
16  warrant for BRIDGEMAN's residence and a federal search warrant for BRIDGEMAN's yahoo
17  email account, "**yotevoL23@yahoo.com**". On June 5, 2009, the federal search warrant was
18  executed at BRIDGEMAN's residence in San Diego, CA. During the search, one (1) computer
19  tower and two (2) laptop computers were located within BRIDGEMAN's residence.
20  Additionally, a laptop computer was located in plain sight of BRIDGEMAN's vehicle, and an
21  additional federal warrant was secured in order to conduct a complete search of the vehicle. This
22  search resulted in locating an additional laptop computer in the trunk of the vehicle. In total, five
23  (5) computers and several items of digital media were seized from BRIDGEMAN on June 5,
24  2009.

25  9.      While the search was being conducted, BRIDGEMAN was interviewed and admitted to
26  possessing and distributing child pornography in the past. BRIDGEMAN further stated he had
27  not looked at child pornography in several years, but admitted that several of his computers
28  could contain child pornography. Additionally, BRIDGEMAN admitted to being sexually
29  attracted to his younger sisters in the past.

30  10.     A preview of the seized computers located the presence of child pornography, child
31  erotica, and/or incest related cartoons on four out of five computers. The four computers were
32  then submitted to the Regional Computer Forensics Laboratory (RCFL) in San Diego, CA for
33  forensic data extraction. Your affiant reviewed the data extracted from BRIDGEMAN's

1    computers and located the presence of approximately 1686 images of child pornography, 32

2    videos of child pornography, and 1700 files of incest-related cartoon drawings. A description of

3    several of these items is below:

4           a.  One video is 1:31 in length and depicts acts such as a adult female having sexual

5    intercourse with a male child approximately 5-7 years old and a nude male child orally

6    copulating the adult male with the assistance of an adult female.

7           b.  Another video is 10:27 in length and begins by showing a still frame of an

8    approximately 6-9 year old female child who is sucking her thumb and lying on a bed clothed

9    with her legs open. The video then show the child orally copulating the adult male penis. Later in

10   the video, the child takes her own hands and opens her vaginal opening for the camera and then

11   begins masturbating herself using her hands.

12          c.  One image depicts an approximately 7-9 year old prepubescent female who is lying

13   nude on her back. A nude, adult male is straddling the child with an erect penis which has been

14   inserted the girl's mouth.

15          d.  One image depicts the nude torso of an approximately 9-11 year old prepubescent

16   female. The female is suspended upside down in the air by a rope which is tied around her waist

17   and torso. An adult hand is between her legs and one finger has been inserted in her vagina.

18   11.    Results from the federal search warrant served at Yahoo! confirmed the information

19   provided by PERALTA as described above showing an email to **jeanettebi85@yahoo.de.** The

20   video was sent on September 11, 2006, with a video attached entitled, "Donna.wmv" and

21   depicted a prepubescent female, approximately 9-12 years old, who is orally copulating an adult

22   male penis.

23                                **REQUEST FOR SEALING**

24          It is further respectfully requested that this Court issue an Order sealing, until further

25   order of this Court, all papers submitted in support of this complaint, including the probable

26   cause statement and arrest warrant.  Sealing is necessary because premature disclosure of the

27   contents of this probable cause statement and related documents may cause the defendant to flee

28   and may cause destruction of evidence and may have a negative impact on this continuing

29   investigation.

30

31

32                                      Christiana Bess Huntzinger, Special Agent
33                                      Naval Criminal Investigative Service
34